# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2014AP517-D |
| COMPLETE TITLE: | In the Matter of Disciplinary Proceedings Against Brian Campbell Fischer, Attorney at Law: <br><br> Office of Lawyer Regulation, <br>       Complainant, <br>    v. <br> Brian Campbell Fischer, <br>       Respondent. |

DISCIPLINARY PROCEEDINGS AGAINST FISCHER

| | |
|---|---|
| OPINION FILED: | August 20, 2014 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | |

| | |
|---|---|
| SOURCE OF APPEAL: | |
|   COURT: | |
|   COUNTY: | |
|   JUDGE: | |

| | |
|---|---|
| JUSTICES: | |
|   CONCURRED: | |
|   DISSENTED: | |
|   NOT PARTICIPATING: | |

| | |
|---|---|
| ATTORNEYS: | |

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2014AP517-D

STATE OF WISCONSIN : IN SUPREME COURT

In the Matter of Disciplinary Proceedings
Against Brian Campbell Fischer, Attorney at
Law:

**Office of Lawyer Regulation,**

      Complainant,

    v.

**Brian Campbell Fischer,**

      Respondent.

**FILED**

**AUG 20, 2014**

Diane M. Fremgen
Clerk of Supreme Court

ATTORNEY disciplinary proceeding. *Attorney publicly reprimanded.*

¶1 PER CURIAM. This is a reciprocal discipline matter. On March 7, 2014, the Office of Lawyer Regulation (OLR) filed a complaint and motion pursuant to Supreme Court Rule (SCR) 22.22 requesting that this court publicly reprimand Attorney Brian Campbell Fischer as reciprocal discipline identical to that imposed by the Minnesota Supreme Court.

¶2 Attorney Fischer was admitted to practice law in Wisconsin in 2002. He is also admitted to practice law in Minnesota.

¶3 The OLR's complaint noted that on September 6, 2013, the Minnesota Supreme Court publicly reprimanded Attorney Fischer for misconduct consisting of failing to supervise a suspended attorney and assisting a suspended attorney in the unauthorized practice of law; failing to provide the Minnesota Director of the Office of Lawyers Professional Responsibility with timely notice of employment of a suspended attorney; using misleading advertising and law firm signage and letterhead; neglecting and failing to communicate with two clients; failing to comply with a court order; failing to return client files; failing to expedite litigation; and failing to cooperate in disciplinary investigations. The Minnesota Supreme Court found that Attorney Fischer violated Minn. R. Prof. Conduct 1.3, 1.4, 1.15(c)(1) and (2), 1.16(d), 3.2, 3.4(c), 5.3(b) and (c)(1), 5.5(a), 5.8(d), 7.1, 8.1(b), and 8.4(d), and Rule 25, Rules on Lawyers Professional Responsibility.

¶4 Attorney Fischer did not notify the OLR of the Minnesota reprimand within 20 days of its effective date.

¶5 On April 10, 2014, the parties filed a stipulation whereby Attorney Fischer agrees that the facts alleged in the OLR's complaint form a basis for the discipline requested by the OLR director, and Attorney Fischer agrees it would be appropriate for this court to impose a public reprimand. The stipulation avers that Attorney Fischer fully understands the

2

misconduct allegations, fully understands the ramifications should this court impose the stipulated level of discipline, fully understands his right to contest the matter, and fully understands his right to consult with counsel, and that his entry into the stipulation is made knowingly and voluntarily.

¶6 Under SCR 22.22(3), in reciprocal discipline matters, this court shall impose the identical discipline unless one of the enumerated exceptions is shown. Attorney Fischer does not claim that any of those exceptions apply in this case.

¶7 IT IS ORDERED that Brian Campbell Fischer is publicly reprimanded as discipline reciprocal to that imposed by the Minnesota Supreme Court.